UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Haijun QIAO,<br><br>                                    Petitioner,<br><br>v.<br><br>Christopher LaROSE, et al.,<br><br>                                    Respondents. | Case No.:  26-cv-1791-AGS-BLM<br><br>**ORDER GRANTING HABEAS PETITION (ECF 1) AND ORDERING BOND HEARING** |

Petitioner Haijun Qiao seeks a writ of habeas corpus under 28 U.S.C. § 2241 to free him from immigration detention. In the government's return, it asserts that its "position" is "that Petitioner is subject to mandatory detention under § 1225(b)." (ECF 6, at 2.)

To its credit, the government also "acknowledges that this Court, and Courts in this District, have repeatedly reached the opposite conclusion." (*Id.*) One of the government's cited cases for that point is this Court's decision in *Nayyer v. LaRose*, No. 25-cv-3111-AGS-DDL (S.D. Cal. Nov. 20, 2025). (*Id.*) The Court incorporates its reasoning from that case and concludes that petitioner is detained under 8 U.S.C. § 1226(a), not § 1225.

Thus, the habeas petition is **GRANTED**. All pending hearings and deadlines are vacated, and the motion for a temporary restraining order is denied as moot. By **April 10, 2026**, respondents must provide petitioner a bond hearing before an immigration judge.

Dated:  March 29, 2026

_____
Hon. Andrew G. Schopler
United States District Judge

1

26-cv-1791-AGS-BLM